IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. _____

JEANNE JOHNSON,

    Plaintiff,

v.

BANK OFAMERICA, EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC

    Defendants.
_____/

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
NOTICE OF REMOVAL**

COMES NOW Equifax Information Services LLC, ("Equifax"), and files this Notice of Removal pursuant to 28 U.S.C. §1446(a) and in support thereof would respectfully show the Court as follows:

A. **PROCEDURAL BACKGROUND**

1. On June 27, 2024, Plaintiff Jeanne Johnson ("Plaintiff") filed her Complaint ("Complaint") in the County Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, Case No. 24-005517-CO ("State Court Action"). Plaintiff's Complaint alleges violations of the Fair Credit Reporting Act ("FCRA"),

15 U.S.C. § 1681, *et seq*., against Defendant.

2. Equifax was served with Plaintiff's Summons and Complaint on July 9, 2024. A copy of the State Court Complaint is attached hereto as **Exhibit A**. This Notice of Removal is being filed with the thirty (30) day time period required by 28 U.S.C. § 1446(b).

### B. GROUNDS FOR REMOVAL

3. The present suit is an action over which the United States District Court for the Middle District of Florida, Tampa Division, has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States. This civil action may be removed to this Court by Equifax pursuant to the provisions of 28 U.S.C. § 1446(b). Removal is proper because Plaintiff's claims present a federal question. 28 U.S.C. §§ 1331 and 1441(a). In the Complaint, Plaintiff seeks damages for Defendants' alleged violations of the Federal Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*.

### C. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

4. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the United States District Court for the Middle District of Florida, Tampa Division, because it is in the district and division embracing the place where the state court action is pending.

5. In accordance with 28 U.S.C. § 1446(a), a copy of all executed

process, pleadings asserting causes of action, and orders in the State Court Action served upon Defendant Equifax are attached hereto as **Exhibit B**.

6. Defendant Bank of America's Notice of Consent to Removal is attached hereto as **Exhibit C.**

7. Defendant Experian Information Solutions, Inc.'s Notice of Consent to Removal is attached hereto as **Exhibit D.**

8. Defendant Trans union, LLC's Notice of Consent to Removal is attached hereto as **Exhibit E.**

9. Promptly after the filing of this Notice of Removal, Equifax will file a copy of this Notice of Removal with the County Court of the Sixth Judicial Circuit, Pinellas County, Florida, as required by 28 U.S.C. § 1446(d), and will provide a service copy of the notice of the removal to Plaintiff.

WHEREFORE, Equifax respectfully requests that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

Dated:  August 7, 2024

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

By: /s/ *Jason Daniel Joffe*
Jason Daniel Joffe
Florida Bar No. 0013564
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile:  (305) 577-7001
Email:jason.joffe@squirepb.com

*Counsel for Defendant Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing document has been filed via the CM/ECF filing system this August 7, 2024, which will serve an electronic Notice of Filing to all registered users. I further certify that a copy of the foregoing document was provided to Plaintiff's counsel via email transmission:

Rebbecca A. Goodall
Email: rgoodall.law@gmail.com
REBBECCA GOODALL LAW, PA

*Counsel for Plaintiff Jeanne Johnson*

*/s/ Jason Daniel Joffe*
Jason Daniel Joffe