# EXHIBIT A

IN THE COUNTY COURT OF THE SIXT JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

JEANNE JOHNSON,                    CASE NO.:

    Plaintiff,

vs.

BANK OF AMERICA,
EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
AND TRANSUNION, LLC

    Defendant.                                              **JURY TRIAL DEMANDED**
_____/

## COMPLAINT

Plaintiff, Jeanne Johnson (hereinafter "Plaintiff"), by and through the undersigned counsel, sues Defendant, Bank of America hereinafter ("BOA"), Equifax Information Services, LLC (hereinafter "Defendant Equifax"), Experian Information Solutions, Inc. (hereinafter "Defendant Experian"), and TransUnion, LLC (hereinafter "Defendant TransUnion"), (collectively the "Defendants") in support thereof, respectfully alleges violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA").

## PRELIMINARY STATEMENT

Page 1 of 10

1. This is an action for actual damages, statutory damages, punitive damages, costs and attorney's fees brought pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* ("FCRA").

2. The FCRA was enacted to promote accuracy, fairness, and privacy of consumer information contained in the files of consumer reporting agencies, and in doing so, promote the efficiency and public confidence in the banking system.

3. Defendants have violated the FCRA with respect to Plaintiff by failing to correct inaccuracies on his credit report.

4. Plaintiff brings claims for his actual and punitive damages against Defendants for their inaccurate reporting and for their failure to investigate Plaintiff's disputes of that inaccurate reporting.

## JURISDICTION AND VENUE

5. The jurisdiction for this Court has jurisdiction over this case.

6. Venue is proper in Pinellas County as Plaintiff resides in Pinellas County, Florida, the violations described in this Complaint occurred in Pinellas County, and the Defendants transact business within Pinellas County.

## PARTIES

7. Plaintiff is a natural person and resident of Pinellas County, Florida.

8. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c).

9. Defendant is a business entity and furnisher of credit information doing business in Pinellas County, Florida.

10. At all material times herein, is a "person" who furnishes information to credit reporting agencies as provided in the FCRA and as defined by 15 United States Code, Section 1681s-2.

11. At all material times herein, Bank of America is a "person" who furnishes information to credit reporting agencies as provided in the FCRA and as defined by 15 United States Code, Section 1681s-2.

12. Defendant Equifax is a "consumer reporting agency" as defined in 15 USC § 1681a(f).

13. Defendant Experian is a "consumer reporting agency" as defined in 15 USC § 1681a(f).

14. Defendant TransUnion is a "consumer reporting agency" as defined in 15 USC § 1681a(f).

## FACTUAL ALLEGATIONS

15. On or about January 14, 2021, Plaintiff, through counsel, filed a lawsuit against Bank of America under the Florida Consumer Collection Practices Act (the "FCCPA Case"). The basis being that Bank of American claimed Plaintiff's mortgage loan had late payments when all payments were paid on time.

16. On April 20, 2022, BOA and Plaintiff entered into a confidential settlement agreement requiring BOA to abide by certain terms.

17. On June 7, 2022, the FCCPA Case was voluntarily dismissed.

18. Plaintiff continued to notice late statements from BOA and initiated a second lawsuit (the "Second FCCPA Case") against BOA on July 19, 2022. Thereafter the statements were corrected and the case Second FCCPA Case was voluntarily dismissed on November 29, 2022.

19. On or about August 23, 2023, Plaintiff sent dispute letters to each of the three credit reporting agencies, Equifax, Experian, and Trans Union (the "First Dispute Letter") via certified mail disputing the erroneous reporting by BOA. Plaintiff specifically requested the CRAs remove the any delinquency remarks on her account. True and correct copies of the letters are attached hereto as Composite Exhibit A.

20. TransUnion received the dispute letter on August 18, 2023.

21. Experian received the dispute letter on August, 2023.

22. Equifax received the dispute letter on August 19, 2023.

23. Trans Union, Experian, and Equifax conveyed Plaintiff's dispute to BOA.

24. On August 23, 2023, Transunion responded with its investigation results for file number 369106033 (hereinafter "Trans Union's First Response") but

failed to acknowledge or correct 's inaccurate reporting of Plaintiff's account. Instead, TransUnion's results stated that "[a] change was made to the item(s) based on your dispute and other information has also changed." The only changes included the balance and last payment made. Trans Union further reported derogatory payments from June 2020 through December 2021.

25. On August 23, 2023, Equifax responded to Plaintiff's dispute, Confirmation Number 3233516828 (hereinafter "Equifax's First Response"), asserting that the account had been verified and reporting correctly. However, Equifax continued to improperly report derogatory payments from June 2020 through December 2021 and a lump sum payment of $17,000 in June 2022.

26. On September 6, 2023, Experian responded to Plaintiff's dispute, Reports Number 1393-439-71. (hereinafter "Experian's First Response"). Experian asserted that the account had been verified and allegedly reported the Account correctly. However, Experian continued to improperly report derogatory payments from June 2020 through December 2021.

27. On October 20, 2023, Plaintiff sent a second round of disputes to each of the three credit reporting agencies, Equifax, Experian, and Trans Union (the "Second Dispute Letter"). True and correct copy of the letter is attached hereto as Composite Exhibit B.

28. Equifax, Experian and Trans Union received the Second Dispute Letter and communicated the reporting to BOA.

29. On October 23, 2023, Equifax responded with its investigation results (hereinafter "Equifax's Second Response") and finally appears to correct BOA's inaccurate reporting of Plaintiff's account.

30. On October 26, 2023, Experian responded with its investigation results (hereinafter "Experian's Second Response") and indicated that while the Account was reporting accurately, that the Account was removed from the report. Such removal denied Plaintiff the benefit of a positive payment history.

31. On October 31, 2023, Trans Union responded with its investigation results (hereinafter "Trans Union's Second Response") and continued to show derogatory reporting from June 2020 through September 2022 with a maximum delinquency of 120 days.

32. Plaintiff has been the subject of an improper foreclosure, continues to have derogatory marks on her credit reports, and her credit score has severely dropped.

33. All conditions precedent to the filing of this action have occurred.

## COUNT I
## VIOLATION OF FCRA 1681S-2(B)(1)(A) AND (B)
## BANK OF AMERICA

Plaintiff re-alleges and reincorporates paragraphs 1 through 32, as if fully set forth herein

34. On at least one occasion within the past two years, by example only and without limitation, violated 15 U.S.C. § 1681s-2(b)(1)(A) by failing to fully and properly investigate the Plaintiff's disputes. As a result of this conduct, action, and inaction of the CRAs Plaintiff suffered damage by loss of credit and the loss of the ability to purchase and benefit from credit.

35. On one or more occasions within the past two years, by example only and without limitation, violated 15 U.S.C. § 1681s-2(b)(1)(B) by failing to review all relevant information provided by the consumer reporting agencies.

36. As a result of 's violations of 15 U.S.C. § 1681s-2(b)(1)(A) and (B), the Plaintiff suffered actual damages by loss of her credit rating.

37. BOA's conduct, action, and inaction was willful, rendering it liable for actual or statutory damages, and punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n. In the alternative, it was negligent entitling Plaintiff to recover actual damages under 15 U.S.C. § 1681o.

38. Plaintiff is entitled to recover attorney's fees and costs from   in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n  and/or § 1681o.

**WHEREFORE**, Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Defendant, Bank of America, for statutory damages, punitive damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the Court may deem just and proper.

**COUNT II**
**VIOLATION OF THE FCRA 15 U.S.C § 1681e(B), 15 U.S.C § 1681i, AS TO EQUIFAX, EXPERIAN, AND TRANS UNION**

Plaintiff re-alleges and reincorporates paragraphs 1 through 32, as if fully set forth herein.

39.   Equifax, Experian and Trans Union violated 15 U.S.C. §1681e(b) by failing to establish or to follow reasonable procedures to assure maximum possible accuracy in the preparing of the credit report and credit files it published and maintains concerning Plaintiff.

40.   Equifax, Experian and Trans Union violated 15 U.S.C. § 1681i by failing to delete inaccurate information in Plaintiff's credit file after receiving notice of such inaccuracies; by failing to conduct a lawful reinvestigation; by failing to maintain reasonable procedures with which to filter and verify disputed information in the Plaintiff's credit file; and by relying upon verification from a source it has reason to know is unreliable.

41. As a result of this conduct, action, and inaction of Equifax, Experian and Trans Union, Plaintiff suffered damage by loss of credit, loss of the ability to purchase and benefit from a credit, the mental and emotional pain and anguish and the humiliation and embarrassment of credit denials.

42. Equifax, Experian and Trans Union's conduct, action, and inaction was willful, rendering it liable for punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n. In the alternative, it was negligent, entitling Plaintiff to recover under 15 U.S.C. § 1681o.

43. Equifax, Experian and Trans Union failed to properly conduct any independent investigation regarding the erroneous reporting.

44. Plaintiff is entitled to recover attorney's fees and costs from Equifax in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n and/or § 1681o

**WHEREFORE**, Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Defendants, Equifax, Experian and Trans Union for statutory damages, punitive damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

## SPOLIATION NOTICE AND DEMAND TO RETAIN EVIDENCE

Plaintiff hereby gives notice to Defendants and demands that Defendants and its affiliates safeguard all relevant evidence—Electronically Stored Information, paper, electronic documents, or data—pertaining to this litigation.

REBBECCA GOODALL LAW, PA

/s/ Rebbecca A. Goodall
Rebbecca A. Goodall, Esq.
Florida Bar No.:  0115344
rgoodall.law@gmail.com
P.O. Box 1304
Elfers, FL 34680
(813) 438-3695
Attorney for Plaintiff

IN THE COUNTY COURT OF THE SIXT JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

JEANNE JOHNSON,                           CASE NO.:

    Plaintiff,

vs.

BANK OF AMERICA,
EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
AND TRANSUNION, LLC

    Defendant.
_____/

# EXHIBIT A

July 12, 2023

Experian Information Solutions, Inc.  Trans Union, LLC
P.O. Box 9701  P.O. Box 2000
Allen, TX 75013  Chester, PA 19022

Equifax Information Services, LLC
P.O. Box 740241
Atlanta, GA 30374

Re:  Jeanne M. Johnson f/k/a Jeanne Keller Johnson
 Social Security No.:
 Date of Birth:

 Experian Report No. 2838-4968-15
 Equifax Report No.
 Bank of America Account No. 087108xxxx

To Whom It May Concern,

Due to the severity of inaccurate and false information appearing on my credit reports, I have enlisted the help of an attorney to draft this letter. Although an attorney helped prepare this letter, I read it, fully understand it, and the assertions herein are my own. I attest that all facts herein are true and accurate to the best of my knowledge.

I hereby dispute and request that you correct the reporting of the above-referenced account for the following reasons:

 1. I opened a mortgage with Bank of America as of
 2. In 2020 Bank of America sent me letters and statements indicating that my mortgage was delinquent when it was not.
 3. In January 2021, my attorney filed a lawsuit against Bank of America under the Florida Debt Collection Practices Act for attempting to collect an allegedly delinquent debt that was not delinquent, Hernando County, Florida Case No. 21-CC-000046.
 4. Bank of America claimed that they did not receive payments that were in fact timely paid.
 5. In resolution of that lawsuit, Bank of America was to correct the reporting of my credit as of dismissal of the lawsuit in June 2021. The reporting was to indicate "never/late" and "paid as agreed."
 6. To date, Bank of America is still reporting the account as delinquent from June 2020- December 2021.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | – | – | – | – | – | – |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | 90 | 90 | 90 | 90 | 120 | 120 | 90 | 90 | 90 | 90 | 120 | 120 |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 30 | 60 | 60 | 90 | ND | 90 |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2016 | – | – | – | – | – | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

- ✓ Current / Terms met
- 30 Past due 30 days
- 60 Past due 60 days
- 90 Past due 90 days
- 120 Past due 120 days
- ND No data for this period

7. This is inaccurate and misleading. I have proof that all of my mortgage payments were made on time and that the account was never delinquent.

Please update the reporting of this account to indicate "paid as agreed" and "never late", and delete all other negative payment history as inaccurate.

As a result of the erroneous reporting, I have been unable to obtain financing for a new vehicle and my credit score continues to decrease. I have further experienced emotional distress and frustration, and I will be unable to obtain financing under favorable credit terms until the errors are rectified.

Please investigate and correct my reports accordingly. As part of your investigations, please forward a copy of this letter and all of its enclosures to the sources of the information listed above. After your investigations, please send free and updated reports for my review. Thank you for your time and consideration of this matter.

Sincerely,

_____

Jeanne Johnson

IN THE COUNTY COURT OF THE SIXT JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

JEANNE JOHNSON,                    CASE NO.:

    Plaintiff,

vs.

BANK OF AMERICA,
EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
AND TRANSUNION, LLC

    Defendant.
_____/

# EXHIBIT B

October 17, 2023

Experian Information Solutions, Inc.   Trans Union, LLC
P.O. Box 9701                          P.O. Box 2000
Allen, TX 75013                        Chester, PA 19022

Equifax Information Services, LLC
P.O. Box 740241
Atlanta, GA 30374

Re:   Jeanne M. Johnson f/k/a Jeanne Keller Johnson
      Social Security No.:
      Date of Birth:

      Experian Report No. 2838-4968-15, 1393-4395-71
      Equifax Report No. 3233516826
      Trans Union Report No. 369106033
      Bank of America Account No. 087108xxxx-4483

To Whom It May Concern,

Due to the severity of inaccurate and false information appearing on my credit reports, I have enlisted the help of an attorney to draft this letter. Although an attorney helped prepare this letter, I read it, fully understand it, and the assertions herein are my own. I attest that all facts herein are true and accurate to the best of my knowledge.

I hereby **AGAIN** dispute and request that you correct the reporting of the above-referenced account for the following reasons:

1. I opened a mortgage with Bank of America as of
2. In 2020 and 2021 Bank of America sent me letters and statements indicating that my mortgage was delinquent when it was not. Specifically, you are reporting that the loan was delinquent when I have proof of every payment made from June 2020 through the present.
3. In January 2021, my attorney filed a lawsuit against Bank of America under the Florida Debt Collection Practices Act for attempting to collect an allegedly delinquent debt that was not delinquent, Hernando County, Florida Case No. 21-CC-000046.
4. The 2021 lawsuit was resolved and the reporting of the account was to be made current from February 2020 through the date of resolution in April 2022 to indicate that the account was paid as agreed and never late.
5. In July 2022, I then again had to enlist the services of an attorney for continued attempts to collect a debt that was not owed, Case No. 2022-CC-00775.
6. I disputed the reporting of the account in July 2023, to which Bank of America claimed it verified the account and that all reporting was accurate.

7. However to date, despite my timely payments and the settlement of the 2021 lawsuit, Bank of America is still reporting the account as delinquent from June 2020-December 2021.



8. This is inaccurate and misleading. I have proof that all of my mortgage payments were made on time and that the account was never delinquent.

Please update the reporting of this account to indicate "paid as agreed" and "never late", and/or delete all other negative payment history as inaccurate between June 2020-December 2021.

As a result of the erroneous reporting, I have been unable to obtain financing for a new vehicle and my credit score continues to decrease. I have further experienced emotional distress and frustration, and I will be unable to obtain financing under favorable credit terms until the errors are rectified.

Please investigate and correct my reports accordingly. As part of your investigations, please forward a copy of this letter and all of its enclosures to the sources of the information listed above. After your investigations, please send free and updated reports for my review. Thank you for your time and consideration of this matter.

Sincerely,

_____

Jeanne Johnson