**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JEANNE JOHNSON,

      Plaintiff,  Case No. 8:24-cv-01860-MSS-UAM

v.

BANK OF AMERICA; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC;

      Defendants.
_____/

## **NOTICE OF PENDING SETTLEMENT WITH EQUIFAX**

Plaintiff, Jeanne Johnson, and Defendant, Equifax Information Services, LLC (collectively, the "parties") by and through their respective counsel, hereby submit this Notice of Pending Settlement and states that Plaintiff and the above named Defendant have just recently reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                          Respectfully Submitted,

                          REBBECCA GOODALL LAW, PA

                          /s/ Rebbecca A. Goodall

        Rebbecca A. Goodall, Esq.
        Florida Bar No.:  0115344
        rgoodall.law@gmail.com
        P.O. Box 1304
        Elfers, FL 34680
        (813) 438-3695
        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was furnished by electronic mail on the 26th day of August 2024, to counsel of record.

        */s/ Rebbecca A. Goodall*
        Attorney