UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEANNE JOHNSON,

       Plaintiff,                           Case No. 8:24-cv-01860-MSS-UAM

v.

BANK OF AMERICA; EQUIFAX
INFORMATION SERVICES LLC;
EXPERIAN INFORMATION
SOLUTIONS, INC.; and TRANS
UNION, LLC;

       Defendants.
_____/

## NOTICE OF PENDING SETTLEMENT WITH TRANS UNION, LLC

Plaintiff, Jeanne Johnson, and Defendant, Trans Union, LLC (collectively, the "parties") by and through their respective counsel, hereby submit this Notice of Pending Settlement and states that Plaintiff and the above named Defendant have just recently reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                        Respectfully Submitted,

                        REBBECCA GOODALL LAW, PA

                        /s/ Rebbecca A. Goodall
                        Rebbecca A. Goodall, Esq.
                        Florida Bar No.: 0115344

rgoodall.law@gmail.com
P.O. Box 1304
Elfers, FL 34680
(813) 438-3695
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was furnished by electronic mail on the 11th day of September 2024, to counsel of record.

                                      */s/ Rebbecca A. Goodall*
                                      Attorney